UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOLLY MCDERMOTT,

        Plaintiff,

Case No. 2:23-cv-13238

HONORABLE STEPHEN J. MURPHY, III

v.

SCHOOLCRAFT COLLEGE,

        Defendant.

_____/

## ORDER REQUIRING JOINT STATUS REPORT

During the Rule 16 status conference with the Court in March 2024, the parties represented that they may be willing to engage in facilitative mediation after some discovery. And in their joint discovery plan, the parties "recommend[ed] that this matter be submitted to Facilitative mediation after initial depositions." ECF 7, PgID 50. In June, however, the parties "were still discussing the potential for participating in facilitative mediation," but had not agreed to do so at that time. ECF 12, PgID 63. Since then, the parties requested and received two extensions of scheduled deadlines and informed the Court that depositions could begin in November 2024.

It is December, the parties have had a chance to exchange some discovery and perhaps to conduct "initial depositions," and Defendant's counsel has had more than three months to familiarize himself with the case. To ensure that the case is proceeding apace, the Court will once again require the parties to submit a joint status report detailing their progress in discovery, their willingness to participate in

1

alternative dispute resolution, an anticipated timeline of when they will be prepared to engage in meaningful mediation, and a preferred mediator/neutral, if applicable.

**WHEREFORE**, it is hereby **ORDERED** that the parties must **SUBMIT** the above-described joint status report **no later than December 13, 2024**.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: December 9, 2024