UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOLLY MCDERMOTT,

    Plaintiff,

v.

SCHOOLCRAFT COLLEGE,

    Defendant.
_____/

Case No. 2:23-cv-13238

HONORABLE STEPHEN J. MURPHY, III

## ORDER REFERRING PARTIES TO MEDIATION

In a joint status report, the parties expressed a willingness to engage in court facilitated or private mediation in March 2025 and identified retired Magistrate Judge Mona K. Majzoub as their preferred mediator. ECF 17, PgID 75. The Court will therefore refer the parties to mediation with retired Magistrate Judge Majzoub.

**WHEREFORE**, it is hereby **ORDERED** that the Court **REFERS** the case to Mona K. Majzoub for mediation and **ORDERS** the parties to proceed in compliance with Local Rule 16.4. The mediation must occur **no later than March 31, 2025**. The parties must contact Mona K. Majzoub and provide her with a copy of this order as soon as practicable and must **NOTIFY** the Court of the date of the conference once it is scheduled.

**IT IS FURTHER ORDERED** that Mona K. Majzoub must **NOTIFY** the Court within seven days of completion of the mediation, "stating only the date of completion, who participated, whether settlement was reached, and whether further [alternative dispute resolution] proceedings are contemplated." E.D. Mich. L.R.

1

16.4(e)(6). If a settlement is reached, the parties must **NOTIFY** the Court immediately upon completion of the mediation and must **SUBMIT** a proposed order of dismissal within 21 days. *Id.* at 16.4(e)(7). If a settlement is not reached, the parties must **NOTIFY** the Court within five days of the completion of the mediation.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: December 16, 2024