UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOLLY MCDERMOTT,

        Plaintiff,

Case No. 2:23-cv-13238

HONORABLE STEPHEN J. MURPHY, III

v.

SCHOOLCRAFT COLLEGE,

        Defendant.

_____/

## ORDER WITHDRAWING REFERRAL TO MEDIATION [18]

On December 16, 2025, the Court referred the parties to facilitative mediation with retired Magistrate Judge Mona K. Majzoub, *see* ECF 18, after the parties expressed their willingness to mediate. *See* ECF 17, PgID 16–17. Shortly thereafter, however, defense counsel informed the Court that he learned of new information that prevents Defendant from mediating at this time. The parties submitted a proposed stipulated order withdrawing the case from mediation (see below) and represented that the issue should be clarified by the end of January 2025. If the impediment to mediation is removed, the parties will again request referral to mediation.

**WHEREFORE**, it is hereby **ORDERED** that the Court's referral Order [18] is **RESCINDED**.

**IT IS FURTHER ORDERED** that the parties **MUST FILE** a joint status report describing whether the impediment to mediation is resolved and whether they

1

wish to proceed with mediation **no later than January 31, 2025**.

    **SO ORDERED.**

                                                    s/ Stephen J. Murphy, III
                                                    STEPHEN J. MURPHY, III
                                                    United States District Judge

Dated: January 8, 2025

## **STIPULATION**

Now come the parties, by and through their respective counsel, and stipulate to file an Amended Joint Status Report.

Accordingly, IT IS HEREBY ORDERED that the "Order Referring Parties to Mediation" entered by the Court on December 16, 2024, is rescinded.

IT IS SO ORDERED.

/s/  Barry S. Fagan (w/consent)
BARRY S. FAGAN (P34275)
Attorney for Plaintiff

/s/  Thomas L. Fleury
THOMAS L. FLEURY (P24064)
Attorney for Defendant

Dated:   January 6, 2024