UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOLLY MCDERMOTT,

        Plaintiff,

Case No. 2:23-cv-13238

HONORABLE STEPHEN J. MURPHY, III

v.

SCHOOLCRAFT COLLEGE,

        Defendant.

_____/

## ORDER REFERRING PARTIES TO MEDIATION

The parties submitted a proposed order that would extend the dispositive motion deadline for the fourth time. But the Court will not extend the deadline at present, and instead it will refer the parties to facilitative mediation.

The original dispositive motion deadline—that the parties suggested, *see* ECF No. 7—was nearly three months ago. ECF No. 8. The current deadline is more than a month away, ECF No. 15, and the parties requested another six-week extension. In sum, the total extension requests would add more than six months to the time originally suggested by the parties for the dispositive motion deadline.

In a joint status report submitted before their proposed order, the parties expressed their willingness to engage in mediation. Plaintiff expressed her willingness to mediate in April 2025, and Defendant expressed its willingness to mediate in June 2025. ECF No. 21, PageID.84. Both parties wanted to mediate with retired Magistrate Judge Mona K. Majzoub. *Id.* Last December, the parties represented to the Court that they could engage in meaningful mediation in March

1

2025 and similarly identified the Honorable Majzoub as their preferred mediator. ECF No. 17, PageID.75. That mediation fell through only because defense counsel learned of new information that prevented Defendant from engaging in mediation at that time, and defense counsel represented to the Court that the parties would again request mediation once the impediment was removed. ECF No. 20, PageID.80.

After review of the case, the Court again finds that the case is well suited for mediation. *See* E.D. Mich. L.R. 16.4; *see* ECF No. 18. The Court believes that mediation will help resolve the case and is in the interest of justice. The Court will therefore refer the parties to mediation with retired Magistrate Judge Majzoub.

**WHEREFORE**, it is hereby **ORDERED** that the Court **REFERS** the case to Mona K. Majzoub for mediation and **ORDERS** the parties to proceed in compliance with Local Rule 16.4. The mediation must occur **no later than May 12, 2025**. The parties must contact Mona K. Majzoub and provide her with a copy of this order as soon as practicable and must **NOTIFY** the Court of the date of the conference once it is scheduled.

**IT IS FURTHER ORDERED** that Mona K. Majzoub must **NOTIFY** the Court within seven days of completion of the mediation, "stating only the date of completion, who participated, whether settlement was reached, and whether further [alternative dispute resolution] proceedings are contemplated." E.D. Mich. L.R. 16.4(e)(6). If a settlement is reached, the parties must **NOTIFY** the Court immediately upon completion of the mediation and must **SUBMIT** a proposed order

of dismissal within 21 days. *Id.* at 16.4(e)(7). If a settlement is not reached, the parties must **NOTIFY** the Court within five days of the completion of the mediation.

    **SO ORDERED.**

s/ Stephen J. Murphy, III  
STEPHEN J. MURPHY, III  
United States District Judge

Dated: April 11, 2025