UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOLLY McDERMOTT,

    Plaintiff,

-vs-

SCHOOLCRAFT COLLEGE,

    Defendant.

Case No. 23-cv-13238

Hon. Stephen J. Murphy
Mag. Elizabeth A. Stafford

| Barry S. Fagan (P34275)<br>Ryan O. R. Kobernick (P84530)<br>Fagan McManus, P.C.<br>Attorneys for Plaintiff<br>25892 Woodward Avenue<br>Royal Oak, MI  48067-0910<br>(248) 542-6300<br>bfagan@faganlawpc.com<br>rkobernick@faganlawpc.com | Gouri G. Sashital (P64628)<br>Thomas L. Fleury (P24064)<br>Anna S. Kozak (P84465)<br>Keller Thoma, P.C.<br>Attorneys for Defendant<br>26555 Evergreen Road, Suite 550<br>Southfield, MI  48076<br>(313) 965-8936<br>gsr@kellerthoma.com<br>ask@kellerthoma.com<br>tlf@kellerthoma.com |
|---|---|

## **NOTICE OF MEDIATION**

    NOTICE is hereby provided by the parties, through their respective counsel, that the Facilitative Mediation in this matter is scheduled for Friday, May 9, 2025 with retired Magistrate Judge Mona K. Majzoub.

/s/ *Barry S. Fagan*
Barry S. Fagan (P34275)
Ryan O. R. Kobernick (P84530)
Fagan McManus, P.C.
Attorneys for Plaintiff
25892 Woodward Avenue

/s/ *Thomas L. Fleury* w/ consent
Thomas L. Fleury (P24064)
Keller Thoma, P.C.
Attorneys for Defendant
26555 Evergreen Road, Suite 550
Southfield, MI  48076

Royal Oak, MI  48067-0910  (313) 965-8936
(248) 542-6300  tlf@kellerthoma.com
bfagan@faganlawpc.com
rkobernick@faganlawpc.com

Dated:  April 16, 2025