UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOLLY MCDERMOTT,

        Plaintiff,

v.

SCHOOLCRAFT COLLEGE,

        Defendant.

_____/

Case No. 2:23-cv-13238

HONORABLE STEPHEN J. MURPHY, III

## STIPULATED ORDER DISMISSING CASE WITH PREJUDICE

IT IS HEREBY ORDERED that all claims asserted against Defendant Schoolcraft College shall be dismissed with prejudice and without costs and attorneys' fees to any party.

**SO ORDERED.**

                                           s/ Stephen J. Murphy, III
                                           STEPHEN J. MURPHY, III
                                           United States District Judge

Dated: July 1, 2025

The parties stipulate to entry of the above Order.

/s/ *Barry S. Fagan  (w/consent)*
BARRY S. FAGAN (P34275)
Attorney for Plaintiff

/s/ *Thomas L. Fleury*
THOMAS L. FLEURY (P24064)
Attorney for Defendant

Dated:   June 30, 2025

1